# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Alfred Fusi,** Petitioner | |
| V. | CIVIL ACTION NO. 07–10940-NMG |
| **Steven O'Brien,** Respondent | |

### Amended Order of Dismissal
### September 21, 2010

**Gorton, D. J.**

In accordance with the Judgment of the United States Court of Appeals For the First Circuit, it is hereby Ordered this petition for habeas corpus is dismissed without prejudice. Each party to bear their own costs.

**Approved,**  **By the Court,**

/s/ Nathaniel M. Gorton,  /s/ Craig J. Nicewicz
**United States District Judge**  **Deputy Clerk**

(Dismendo.ord - 09/92)  [odism.]